In the Matter of DAVID ERWICH et al., Copartners Doing Business as PARK ROW BOWLING ACADEMY, Appellants. EDWARD CORSI, as Industrial Commissioner, Respondent.—

Present —Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *post*, p. 1100.]